## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:19-CR-0024** |
| | : | |
| **v.** | : | **(Chief Judge Conner)** |
| | : | |
| **MARTIN CUELLAR-PEREZ,** | : | |
| | : | |
| **Defendant** | : | |

## <u>ORDER</u>

The court finds that the Defendant is acting voluntarily and not as a result of force or threats or promises, that he understands his rights and consequences of his plea and that he voluntarily waives his right to trial.   The court finds that the plea has a basis in fact.   The court accepts defendant's plea of Guilty to the Indictment. Upon consideration of the pretrial services report and sentencing recommendation prepared by the United States Probation Office, and at the request of counsel, it is hereby ORDERED that this case shall proceed to sentencing immediately.


Dated:   March 19, 2019

<u>/S/ CHRISTOPHER C. CONNER</u>
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania